UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. S3-4:06CR00033 ERW |
| | ) | (DDN) |
| ANNETTE MARIE CANANIA, | ) | |
| GERALD ROBINSON, | ) | |
| | ) | |
| Defendant(s). | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court upon the Second Report and Recommendation of

United States Magistrate Judge David D. Noce [doc. #190] pursuant to 28 U.S.C. §636(b).  The

Court notes that no objections were filed to the Report and Recommendation.  After

consideration of the issues, the Court hereby sustains, adopts, and incorporates herein the

Magistrate's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Canania's Motion to Sever Defendants

[doc. #184] is **DENIED**.

Dated this 13th day of September, 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE